June 21. 2015
79, 306-01

Mr. Raul Francisco Castro
# 793403
264 Fm 3478          Re: 79,366-01- Castro Raul
Huntsville Texas
                77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

Attn:

Court of Criminal Appeals of Texas
P.O. Box 12308 Capitu Station
Austin Texas 78711


Dear Abel Acosta
        I am writing today one Important
question and I knew by Law that the Clerk
of the Courts Can't give legal advise but Abel
Acosta. I received a white Carel Stated:
    This is to advise that the Court has denied
without written order on the findings of the trial
Court after hearing the application for writ
of habeas Corpus. but I never received
any Papers from the trial Court explaining

①

to me why the Trial Judge didn't Answer
nor did I get An Affidavit from the Attorney
and the 11.07 writ was forward on to the
Court of Criminal appeals and now I get this
card in which I wasn't informed on why
the reasons it was denied without written
orders. That's violating my due process
because I don't know what process to take
not knowing what was the reasons.
I went Back on the 11.07 writ presented
Attorney Daphne Pattison - SBOT Number 06739550
713-526-1515
If it was denied without written order.
   it was never looked at and the
   Judges with alone, with the decision of
   The Trial Judge, How do we get a
   fair hearing or Trial when the Performence
as a Appointed Profession and loyalty of the
Courts have not and will not and be strong
leaders that our family voted in and they
promise to be Fair & honest but failure
   to Implement Key Rules and
   up hold the ABA and other higher official
   Seats... Where is the Justice of
                              Thank you

②